## STOUGHTON ag<sup>t</sup> WELLS

William Stoughton Esq<sup>r</sup> plaint. ag<sup>t</sup> Thomas Wells Carpenter Defend<sup>t</sup> for his not paying a yeare & halfes rent ending about the 23<sup>d</sup> of January last due for a tenement in Boston hired of s<sup>d</sup> Stoughton at the rate of Five pounds per annum in mony with all due damages according to attachm<sup>t</sup> dat. Feb<sup>r</sup> 12° 1675. The Defend<sup>t</sup> & his Surety James Pecker being both called made default in appearance; whereupon the Court declared theire bond forfit<sup>d</sup>. . . . The Jury . . .

founde for the plaint. Seven pounds ten Shillings mony according to engagement & costs of Court being twenty two Shillings & eight pence.

Execucion issued Octob$^r$ 9th 1676.